IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**BERNALDO PARZYNSKI LOFTIN**                                          **PLAINTIFF**

v.                                                                         1:16cv334-LG-RHW

**JACQUELINE BANKS, et al.**                                              **DEFENDANTS**

### FINAL JUDGMENT

This matter is before the Court on the submission of the [19] Report and Recommendation of United States Magistrate Judge Robert H. Walker entered in this cause on March 17, 2017. The Court, having adopted said Report and Recommendation as the finding of this Court by Order entered this date, finds that this matter should be dismissed. Accordingly,

**IT IS ORDERED AND ADJUDGED** that this matter be, and is hereby, **DISMISSED**.

**SO ORDERED AND ADJUDGED** this the 27th day of April, 2017.

                                         s/ *Louis Guirola, Jr.*
                                         Louis Guirola, Jr.
                                         Chief United States District Judge